IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 11 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

WAYNE EDWARDS SETTLES and
AUTUMN BROOKE JULIAN

CRIMINAL NO. 3:22cr5 CWR-FKB

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 2252A(a)(2), (b)(1)
18 U.S.C. § 2423(a), (e)
18 U.S.C. § 2423(a)
18 U.S.C. § 2421(a)

**The Grand Jury charges:**

COUNT 1

That in or about August 2020 and continuing through September 2020, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **WAYNE EDWARDS SETTLES** and **AUTUMN BROOKE JULIAN**, conspired with each other, and with other persons known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means, Minor R, knowing and in reckless disregard of the fact that Minor R had not obtained the age of 18 years and would be caused to engage in a commercial sex act, and benefit financially or receive anything of value from participation in such a venture, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2).

All in violation of Title 18, United States Code, Section 1594(c).

COUNT 2

That in or about August 2020 and continuing through on or about September 28, 2020, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **WAYNE EDWARDS SETTLES** and **AUTUMN BROOKE JULIAN**, did knowingly, recruit, entice,

harbor, transport, provide, obtain, advertise, and maintain by any means, Minor R, and did receive anything of value from participation in such a venture, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that Minor R had not obtained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2).

## COUNT 3

That in or about August 2020 and continuing through September 2020, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **WAYNE EDWARDS SETTLES** and **AUTUMN BROOKE JULIAN**, did knowingly conspire with each other, and with others known and unknown to the Grand Jury, to distribute any child pornography, as defined in Title 18, United States Code, Section 2256, using any means and facility of interstate and foreign commerce and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT 4

That from in or about August 2020 and continuing through in or about September 2020, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **WAYNE EDWARDS SETTLES** and **AUTUMN BROOKE JULIAN**, did knowingly conspire with each other, and with others known and unknown to the Grand Jury, to transport Minor R, an individual who had not attained the age of 18 years, in interstate commerce, with the intent that Minor R engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2423(a) and (e).

## COUNT 5

That from in or about August 2020 and continuing through in or about September 2020, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WAYNE EDWARDS SETTLES**, aided and abetted by others known and unknown to the Grand Jury, did knowingly transport Minor R, an individual who had not attained the age of 18 years, in interstate commerce, with the intent that Minor R engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 6

From on or about September 26, 2020, through on or about September 28, 2020, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WAYNE EDWARDS SETTLES**, aided and abetted by others known and unknown to the Grand Jury, did knowingly transport and attempt to transport A.L. from Louisiana to Mississippi, to engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2421(a) and 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially

diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 1594(d)(1) and (d)(2); 2253(a)(2) and (a)(3); and 2428; and Title 28, United States Code, Section 2461.

*[signature]*
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 11th day of January, 2022.

*[signature]*
UNITED STATES MAGISTRATE JUDGE